**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEE SHIRT PALACE, INC., et al., <br><br> Defendants. | Case No. 2:13-cv-8581-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO FILE REQUIRED FORMS** |

On November 20, 2013, the Clerk's office notified Bravado International Group Merchandising Services, Inc. that it failed to file the requisite AO 120 and AO 121 forms. (ECF No. 8.) Local Rule 3-1, provides,

> In all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. § 1338 (regarding patents, plant variety protection, copyrights and trademarks), the Clerk shall also be provided at the time of filing with the original and two copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and the original and four copies of the required notice (AO 121) in copyright matters.

/ / /

/ / /

The Clerk's office instructed Bravado to electronically file the forms within ten days. (ECF No. 8.) To date, Bravado has not filed either of the required forms with the Court.

Compliance with the Clerk's office instructions is not optional. The Court **ORDERS** Bravado to show cause why it declined to follow the Clerk's office's instructions to file the requisite AO 120 and AO121 forms no later than **Tuesday, January 14, 2014**. This Order will be discharged upon Bravado's electronic filing of the above forms. Bravado is warned that future failures to comply with the Local Rules may result in sanctions.

**IT IS SO ORDERED.**

January 7, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**