KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:  (310) 846-5800
Facsímile:   (310) 846-5801

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

---------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

　　　　　　　　Plaintiff,

　　　　　　　-against-

TEE SHIRT PALACE, INC., BRANCH
SIX, LLC, SAL KATTY and MASON KATTY,

　　　　　　　　Defendants.
---------------------------------------------------------X

CIVIL ACTION NO.
2:13-cv-08581-ODW-SH

[~~PROPOSED~~]
**FINAL JUDGMENT
AND PERMANENT
<u>INJUNCTION</u>**

　　　Plaintiff and Defendants Tee Shirt Palace, Inc., Branch Six, LLC, Sal Katty and Mason Katty having stipulated to the entry of a final judgment and permanent injunction:

1

IT IS HEREBY ORDERED THAT:

1. Judgment in the amount of $25,000.00 is hereby entered jointly and severally against defendants Tee Shirt Palace, Inc., Branch Six, LLC, Sal Katty and Mason Katty for willful and malicious trademark and right of publicity infringement.

2. A permanent injunction is hereby entered permanently enjoining defendants Tee Shirt Palace, Inc., Branch Six, LLC, Sal Katty and Mason Katty and parties acting in concert with them from advertising, selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of the musical performers known as Justin Bieber and LMFAO and/or anything confusingly similar thereto.

SO ORDERED:

_____          June 9, 2014
OTIS D. WRIGHT II
United States District Judge